UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN DANIELS,

Plaintiff,

-against-

MTA P.O. TOCANO, ET AL.,

Defendants.

26-cv-5348 (LTS

CIVIL JUDGMENT

For the reasons stated in the August 7, 2026, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 14, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge