UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN DANIELS,

Plaintiff,

-against-

MTA P.O. TOCANO; MTA P.O. WALKER; MTA POLICE SERGEANT JOHN DOE,

Defendants.

26-CV-5348 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

Plaintiff Shawn Daniels, who is currently confined in the Nassau County Correctional Center, brings this *pro se* action under 42 U.S.C. § 1983, alleging that officers of the Metropolitan Transportation Authority ("MTA") violated his rights under the Fourth Amendment. The Court liberally construes the complaint as asserting additional claims under New York law, namely, statutory claims under New York Civil Rights Law § 85 and common law claims of false arrest, assault, and battery. Plaintiff sues: (1) MTA Police Officer ("P.O.") Tocano;[1] (2) MTA P.O. Walker; and (3) MTA Police Sergeant John Doe. He seeks monetary and declaratory relief.

By order dated August 21, 2026, the court granted Plaintiff's request to proceed *in forma pauperis*, that it, without prepayment of fees. As explained below, the Court: (1) requests that the MTA identify Sergeant John Doe, and (2) directs service on Officers Tocano and Walker.

[1] In the body of the complaint, Plaintiff alternatively refers to this defendant as "Tocano" and "Toscano."

## DISCUSSION

### A. Sergeant John Doe

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the MTA to identify MTA Police Sergeant John Doe, who is alleged to have participated in the arrest of Plaintiff on April 13, 2026, around 6:00 a.m., in or near the waiting room for the Long Island Railroad in Penn Station. (ECF No. 1, at 4.) It is therefore ordered that the MTA Legal Department, which is the attorney for and agent of the MTA, must ascertain the identity and badge number of Sergeant John Doe whom Plaintiff seeks to sue here and the address where this defendant may be served.[2] The MTA Legal Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 form with the address for the named John Doe defendant and deliver all documents necessary to effect service to the U.S. Marshals Service.

---

[2] If the Doe defendant is not a current MTA employee or official, but otherwise worked for the MTA, the MTA Legal Department must provide a residential address or other address where the individual may be served.

**B. Officers Tocano and Walker**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the assistance of the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants MTA Police Officer Tocano and MTA Police Officer Walker through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

**Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.**

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order and the complaint to Metropolitan Transportation Authority Legal Department at: 2 Broadway, 4th Floor, New York, New York 10004.

The Clerk of Court is also instructed to issue summonses for Defendants MTA Officer Tocano and MTA Officer Walker, complete the USM-285 form with the address for each of these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. MTA Officer Tocano (or Toscano)
Metropolitan Transportation Authority Police Department
District 4
One Penn Plaza, LIRR Concourse Level
New York, NY 10119

2. MTA Officer Walker
Metropolitan Transportation Authority Police Department
District 4
One Penn Plaza, LIRR Concourse Level
New York, NY 10119

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

__________________________________________

__________________________________________

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

__________________________________________

__________________________________________

__________________________________________

__________________________________________

Write the full name of each defendant. If you need more space, please write “see attached” in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual’s full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual’s birth; a minor’s initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

________________________________________________

________________________________________________

________________________________________________

________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ________________________________, is a citizen of the State of
(Plaintiff's name)

____________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ________________________________, is a citizen of the State of
(Defendant's name)

________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________________.

If the defendant is a corporation:

The defendant, ____________________________, is incorporated under the laws of

the State of ____________________________________

and has its principal place of business in the State of ____________________________

or is incorporated under the laws of (foreign state) ____________________________

and has its principal place of business in ____________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

____________________________________________________________

First Name Middle Initial Last Name

____________________________________________________________

Street Address

____________________________________________________________

County, City State Zip Code

__________________________ ________________________________

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

____________________ __________________________

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.